MN, ND - 305
(10/00)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

## Unclaimed Dividends/Distribution Less Than $5
## For Deposit to Registry Fund

Debtor:    Duane A. Schumacher

Chapter 7 Case No.    09-46684

Please Check One:

xxx    Unclaimed Dividends

\_\_\_\_    Distribution Less Than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| Duane Schumacher<br>609 County Road 10SE<br>Watertown, MN 55388 | n/a | 6.25 | 6.25 |

DATED: September 29, 2010

Julia A. Christians, Trustee
One Financial Plaza, Suite 2500
120 South Sixth Street
Minneapolis, MN 55402
(612) 338-5815

Distribution:
One original and one copy to U.S. Bankruptcy Court, with check
Two copies to file (one for file and one for U.S. Trustee with TDR)

09-423

